UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JEREMY EVAN KINNEY,

    Plaintiff,

v.                                                   Civil Action No. 2:14-13626

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

MEMORANDUM OPINION AND ORDER

Pending are the parties' respective requests for judgment on the pleadings. Plaintiff, in the alternative, seeks remand for further proceedings before the Commissioner.

In the Proposed Findings and Recommendation ("PF&R") filed June 12, 2015, the magistrate judge recommends that the court reverse the Commissioner's final decision and remand the claim for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The magistrate judge offers a detailed analysis respecting why, <u>inter alia</u>, the administrative law judge's ("ALJ") decision failed to adequately consider a disability rating promulgated by the Department of Veterans Affairs (the "VA"). Neither plaintiff nor the Commissioner have

objected to the PF&R.

Having reviewed the matter *de novo*, it is ORDERED as follows:

1. That the PF&R be, and it hereby is, adopted by the court and incorporated herein;

2. That plaintiff's request for judgment on the pleadings be, and it hereby is, granted insofar as he requests remand to the Commissioner for further proceedings and otherwise denied;

3. That the Commissioner's request for judgment on the pleadings be, and it hereby is, denied; and

4. That the decision of the Commissioner be, and it hereby is, reversed and this claim is remanded to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C.A. § 405(g), which proceedings shall include an analysis of the VA's disability rating under the framework set forth in *Bird v. Commissioner of Social Security Administration*, 699 F.3d 337 (4th Cir. 2012).

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and any unrepresented parties.

DATED: July 13, 2015

John T. Copenhaver, Jr.
United States District Judge